JPML FORM 1A

p. 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 696 -- In re Hubless Coupling Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/27 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-2) Filed by pltf. Clamp-All Corporation -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF MASSACHUSETTS; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/07/08 | | APPEARANCES -- RICHARD S. HARRELL, ESQ. for Clamp-All Corp.; JOHN J. CURTIN, JR., ESQ. for Cast Iron Soil Pipe Institute; HENRY P. SAILER, ESQ. for Charlotte Pipe & Foundry Co.; HOWARD L. MAYO, ESQ. for Universal Cast Iron Mfg., Co., Inc., & American Foundry; JOHN L. CONLON, ESQ., for Amsted Industries Inc.; CURTIS L. FRISBIE, JR., ESQ., for Tyler Pipe Industries, Inc.; THOMAS H. HANNINGAN, JR., ESQ. for The Eastern Foundry Company; JOHN E. TENER, ESQ. for United States Pipe & Foundry Co.; ANDREW M. HIGGINS, ESQ. for American Brass & Iron Foundry; MARK W. PEARLSTEIN,, ESQ. for Jones Manufacturing Co.; M. ERIC SCHOENBERG, ESQ. for Anaheim Foundry Cpompany; (no app. rec'd) (paa) |
| 86/07/08 | | APPEARANCE -- ALAN R. HOFFMAN, ESQ. for Anaheim Foundry Company, Inc. (paa) |
| 86/07/14 | 2 | RESPONSE TO PLDG. #1 -- American Brass & Iron Foundry -- w/certificate of service. (paa) |
| 86/07/14 | 3 | RESPONSE TO PLDG. #1 -- Cast Iron Soil Pipe Institute -- w/certificate of service. (paa) |
| 86/07/14 | | APPEARANCE: ALAN R. HOFFMAN, ESQ. for Anaheim Foundry Company, Inc. (paa) |
| 86/07/14 | 4 | RESPONSE (to pldge #1) -- Universal Cast Iron Manufacturing Co., Inc. and American Foundry -- w/cert. of service (tmq) |
| 86/07/15 | 5 | RESPONSE TO PLDG. # 1 -- Tyler Pipe Industries, Inc. -- w/cert. of svc. (paa) |
| 86/08/18 | 5 | HEARING ORDER -- Setting motion of Clamp-All Corp. for transfer of A-1 & A-2 -- On September 25, 1986 in Pittsburgh, Pa., (paa) |

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 696 -- In re Hubless Coupling Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/25 | | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania on September 25, 1986 -- Richard S. Harrell, Esq. for Clamp-All Corporation; William G. Southard, Esq. for Cast Iron Soil Pipe Institute. (paa) |
| 86/09/25 | | WAIVERS FOR ORAL ARGUMENT ON 9/25/86 -- Pittsburgh, Pennsylvania -- Andrew M. Higgins, Esq. for American Brass & Iron Foundry; Curtis L. Frisbie, Jr., Esq. for Tyler Pipe; John L. Colon, Esq. for Amsted Industries Incorporated; Elizabeth V. Foote, Esq. for Charlotte Pipe & Foundry Company; Thomas H. Hannigan, Jr., Esq. for The Eastern Foundry Company; Howard L. Mayo, Esq. for Universal Cast Iron Mfg., Inc., & American Foundry; Mark W. Pearlstein, Esq. for Jones Manufacturing Company; M. Eric Schoenberg, Esq. for Anaheim Foundry Co., Inc.; John E. Tener, Esq. for United States Pipe & Foundry. (paa) |
| 86/10/07 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Rya W. Zobel, D. Massachusetts pursuant to 28 U.S.C. §1407 (rh) |
| 86/10/07 | | TRANSFER ORDER -- transferring A-2 to the D. Massachusetts pursuant to 28 U.S.C. §1407 -- Notified involved counsel, judges, clerk, and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 696 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Hubless Coupling Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 7, 1986 | TO | Unpublished | D. Massachusetts | Hon. Rya W. Zobel | |

Special Transferee Information

DATE CLOSED: 3/6/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 696 -- In re Hubless Coupling Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Clamp-All Corp. v. Cast Iron Soil Pipe Institute, et al. | Mass. Zobel | 84-1325-Z | | | 3/6/90 D | |
| A-2 | Clamp-All Corp. v. Cast Iron Soil Pipe Institute, et al. | Va., E. | 86-0715-A | 10-7-86 | 86-328-A | 10/20/88 D | |

7/87 - 1 TR / 1 X72 / 2 Pdg.
July 1988: Same
July 1989 - Same
July 1990 - 2 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 696 -- In re Hubless Coupling Antitrust Litigation

CLAMP-ALL CORPORATION (A-1 & A-2)
Richard S. Harrell, Esqiure
Suite 560
1700 Pennsylvania Avenue, N.W.
Washington, D.C.   20006

CAST IRON SOIL PIPE INSTITUTE
John J. Curtin, Jr., Esquire
BINGHAM, DANA & GOULD
100 Federal Street
Boston, Massachusetts   02110

CHARLOTTE PIPE & FOUNDRY COMPANY
Henry P. Sailer, Esquire
Covington & Burlng
1201 Pennsylvania Ave., NW
Post Office Box 7566
Washington, D.C.   20044

UNIVERSAL CAST IRON MFG., CO., INC.
AMERICAN FOUNDRY
Howard L. Mayo, Esquire
Holley & Galen
800 S. Figueroa St., Ste., 1100
Los Angeles, California   90017

AMSTED INDUSTRIES INCORPORATED
John L. Conlon, Esquire
Hopkins & Sutter
Three First National Plaza
Suite 4200
Chicago, Ilinois   60602

TYLER PIPE INDUSTRIES, INC
Curtis L. Frisbie, Jr., Esquire
Gardere & Wynne
1500 Diamond Shamrock Tower
Dallas, Texas   75201

THE EASTERN FOUNDRY COMPANY
Thomas H. Hanningan, Jr., Esquire
Ropes & Gray
225 Franklin Street
Boston, Massachusetts   02110

UNITED STATES PIPE & FOUNDRY CO.
John E. Tener, Esquire
Robinson & Cole
One Commercial Plaza
Hartford, Connecticut   06103-3597

AMERICAN BRASS & IRON FOUNDRY
Andrew M. Higgins, Esquire
Casner, Edwards & Roseman
30 Fedral Street
Boston, Massachusetts   02110

JONES MANUFACTURING COMPANY
Mark W. Pearlstein, Esquire
Goodwin, Procter & Hoar
Exchange Place
Boston, Massachusetts   02109

ANAHEIM FOUNDRY COMPANY
M. Eric Schoenberg, Esquire
Lynch, Brewer, Hoffman & Sands
Ten Post Office Square
Boston, Massachusetts   02109

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 696 -- In re Hubless Coupling Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cast Iron Soil Pipe Institute | A-1, A-2 |
| American Brass & Iron Foundry | A-1, A-2 |
| American Foundry | A-1, A-2 |
| Amsted Industries, Inc. | A-1 |
| Anaheim Foundry Co. | A-1 |
| Charlotte Pipe & Foundry Co. | A-1 |
| The Eastern Foundry Co. | A-1 |
| Jones Manufacturing Co., Inc. | A-1 |
| Southeastern Specialty & Manufacturing Co., Inc. | A-1 |
| Tyler Pipe Industries, Inc. | A-1 |
| United States Pipe and Foundry Co. | A-1 |

p. 2

| | |
|---|---|
| Universal Cast Iron Mfg. Co. Inc. | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |