JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -7 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 696

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HUBLESS COUPLING ANTITRUST LITIGATION

TRANSFER ORDER*

This litigation consists of two actions pending in two federal districts:  one action each in the Eastern District of Virginia and the District of Massachusetts.  Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the plaintiff in both actions, Clamp-All Corp., to transfer the Virginia action to the District of Massachusetts for centralized pretrial proceedings.  All responding parties either agree upon the desirability of or do not oppose transfer.

The Panel ruled from the bench that these actions share questions of fact and that centralization in the District of Massachusetts for coordinated or consolidated pretrial proceedings would serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of Virginia be, and the same hereby is, transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Rya W. Zobel for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

*    Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

MDL-696 -- In re Hubless Coupling Antitrust Litigation

### District of Massachusetts

Clamp-All Corp. v. Cast Iron Soil Pipe Institute, et al.,
  C.A. No. 84-1325-Z

### Eastern District of Virginia

Clamp-All Corp. v. Cast Iron Soil Pipe Institute, et al.,
  C.A. No. 86-0715-A